# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-3035**                                      **September Term, 2014**

**1:13-cr-00086-EGS-1**

**Filed On:** March 3, 2015

United States of America,

        Appellee

    v.

Leon Deangleo Boyd,

        Appellant


        **BEFORE:**   Kavanaugh, Circuit Judge

## O R D E R

Upon consideration of the corrected motion for advance authorization of services, it is

**ORDERED** that the motion be granted.  Payment in an amount not to exceed $2,137.50 is hereby authorized for The Lex Group to duplicate the opening brief, the reply brief, and joint appendix.

## Per Curiam